UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARD LUDLOW,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONAL TRAINING FACILITY MEDICAL DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 16-cv-03974-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 24 |

Good cause appearing, defendants' motion for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendants to file a dispositive motion is CONTINUED to **November 30, 2017**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 24.

**IT IS SO ORDERED.**

Dated: 7/5/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge