UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARD LUDLOW,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL TRAINING FACILITY MEDICAL DEPARTMENT, et al.,<br><br>Defendants. | Case No. 16-cv-03974-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order Granting Defendants' Motion for Summary Judgment, the Court GRANTS summary judgment in favor of Defendants. The Clerk shall enter judgment in favor of Defendants and close this case.

**IT IS SO ORDERED.**

Dated: 9/4/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge